FILED
OCT 20 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JO DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>ELIAS RAMIREZ-NIETO,<br>Defendant. | Case No. 26-CR-03823-TWR<br><br>ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE |

Upon the motion of the United States, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Information against Defendant Elias Ramirez-Nieto in this case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: 10/20/26

Todd Robinson
Hon. Todd W. Robinson
United States District Judge